# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ANDREW JOHN KELLY | : No. 458 MAL 2019 |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| REPSOL OIL & GAS USA, LLC, AS SUCC. | : |
| BY CONVERSION TO TALISMAN | : |
| ENERGY USA, INC. AND NICHOLAS | : |
| HALKIAS | : |
| | : |
| v. | : |
| | : |
| PAUL A. KELLY, INDIVIDUALLY AND AS | : |
| AGENT FOR ANDREW JOHN KELLY | : |
| | : |
| PETITION OF: ANDREW JOHN KELLY | |
| | |
| ANDREW JOHN KELLY | : No. 459 MAL 2019 |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| REPSOL OIL & GAS USA, LLC, AS SUCC. | : |
| BY CONVERSION TO TALISMAN | : |
| ENERGY USA, INC. AND NICHOLAS | : |
| HALKIAS | : |
| | : |
| v. | : |
| | : |
| PAUL A. KELLY, INDIVIDUALLY AND AS | : |
| AGENT FOR ANDREW JOHN KELLY | : |
| | : |
| PETITION OF: PAUL A. KELLY | : |

**<u>ORDER</u>**

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.